No. 404. WISCONSIN ELECTRIC POWER Co. *v.* CITY OF MILWAUKEE. The order entered in this case on December 17, 1956, 352 U. S. 948, is amended to provide for a remand of the case to the Supreme Court of Wisconsin.

No. 566. BARTKUS *v.* ILLINOIS. Certiorari, 352 U. S. 907, to the Supreme Court of Illinois. It is ordered that *Walter T. Fisher, Esquire,* of Chicago, Illinois, a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 567. HOAG *v.* NEW JERSEY. Certiorari, 352 U. S. 907, to the Supreme Court of New Jersey. It is ordered that *Robert E. Knowlton, Esquire,* of Camden, New Jersey, be appointed to serve as counsel for the petitioner in this case.

No. 569. MOORE *v.* MICHIGAN. Certiorari, 352 U. S. 907, to the Supreme Court of Michigan. It is ordered that *William H. Culver, Esquire,* of Kalamazoo, Michigan, be appointed to serve as counsel for the petitioner in this case.